**United States Bankruptcy Court**
**Northern District of Illinois**

In re  Laura J. Eklund
Debtor(s)

Case No. 23-01915
Chapter 7

## DEBTOR'S REBUTTAL OF PRESUMPTION OF ABUSE

I (We), the undersigned debtor(s) herein, declare that the following special circumstances are applicable to my (our) financial situation, and justify an adjustment to my (our) income and expenses, and justify the reasons for filing a Chapter 7.

**Adjustments to Current Monthly Income:**

- Debtor's non-filing spouse was grossing $8,510.67 at the job that he lost in November of 2022.  -$8,510.67
- Debtor's non-filing spouse started receiving unemployment in December of 2022 and is currently receiving $2,312.00 in unemployment.  +$2,312.00
- Debtor's non-filing spouse's only current source of income is unemployment.

Total Special Circumstances Adjustment to Current Monthly Income:  -$6,198.67

**Adjustments to Monthly Allowed Expenses:**

Total Special Circumstances Adjustment to Monthly Allowed Expenses:

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date  02/14/2023                Signature  *Laura J. Eklund*
                                                Debtor