Form ntcabuCH

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Laura J. Eklund
3219 Caroline Dr
Joliet, IL 60435
SSN: xxx−xx−0946 EIN: N.A.

Case No. : 23−01915
Chapter : 7
Judge : LaShonda A. Hunt

---

**CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT
THAT NO PRESUMPTION
OF ABUSE HAS ARISEN UNDER 11 U.S.C. §707 (b)(2)**


     Documents initially submitted by the debtor indicated that a presumption of abuse under § 11 U.S.C. 707(b)(2) had arisen in connection with the above−captioned case. Notice is hereby given that the United States Trustee, after reviewing all materials filed by the debtor, has filed a statement with the court indicating that no presumption of abuse has arisen under § 11 U.S.C. 707(b)(2).


                                       FOR THE COURT


Dated: March 9, 2023                                        Jeffrey P. Allsteadt, Clerk
                                                                United States Bankruptcy Court